No. 202, Misc.  PHILLIPS v. UNITED STATES ATTORNEY GENERAL ET AL.;

No. 215, Misc.  SCHLETTE v. HEINZE, WARDEN;

No. 232, Misc.  MONA v. GOODMAN, PRISON KEEPER;

No. 274, Misc.  LAVERGNE v. FOGLIANI, WARDEN;

No. 297, Misc.  WEBB v. NEW MEXICO;

No. 312, Misc.  VITORATOS, ALIAS VICTOR, v. SACKS, WARDEN, ET AL.;

No. 314, Misc.  BROOKS v. TEXAS;

No. 326, Misc.  HACKWORTH v. PENITENTIARY WARDEN;

No. 342, Misc.  SMITH v. SETTLE, WARDEN;

No. 359, Misc.  CHAVEZ ET AL. v. UTAH;

No. 408, Misc.  GAMBINO v. RANDOLPH, WARDEN;

No. 426, Misc.  SMITH v. SETTLE, WARDEN; and

No. 428, Misc.  McCARY v. HAND, WARDEN.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 371, Misc.  CHERETON v. UNITED STATES.  Motion for leave to file petition for writ of habeas corpus denied. *Louis M. Hopping* for petitioner.

No. 90, Misc.  RETAIL CLERKS UNION LOCAL 324 ET AL. v. YANKWICH, U. S. DISTRICT JUDGE.  Motion for leave to file petition for writ of mandamus denied. *Robert W. Gilbert, Louis A. Nissen, Jerome Smith* and *S. G. Lippman* for petitioners. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board, and *George R. Richter* for Barker Bros. Corp. et al., in opposition.  Reported below: —— F. Supp. ——.

No. 200, Misc.  DANDY v. BANMILLER, WARDEN; and

No. 375, Misc.  COAKLEY v. O'SULLIVAN, CIRCUIT JUDGE, ET AL.  Motions for leave to file petitions for writs of mandamus denied.